# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>MADANAT INVESTMENTS, LLC, *et al.*,<br><br>            Defendants | Case No. 1:14-cv-0652 AWI-BAM<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MADANAT INVESTMENTS, LLC TO RESPOND TO COMPLAINT<br><br>(Doc. 16) |

**ORDER**

Based on the parties' stipulation filed on July 9, 2014, IT IS HEREBY ORDERED that Defendant MADANAT INVESTMENTS, LLC has an extension of time from July 7, 2014 to and including August 1, 2014, in which to file and serve a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:  **July 17, 2014**                    /s/ *Barbara A. McAuliffe*  
                                              UNITED STATES MAGISTRATE JUDGE