Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MADANAT INVESTMENTS, LLC, a California limited liability company, et al.,<br><br>    Defendants. | No.  1:14-cv-00652-AWI-BAM<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS IKWINDER KAUR DBA A QUALITY FOOD & LIQUOR AND SARABJIT SINGH DBA A QUALITY FOOD & LIQUOR ONLY (Fed. R. Civ. P. 41(a)(2));  ORDER** |

WHEREAS, Plaintiff has settled this matter as to Defendants Ikwinder Kaur dba A Quality Food & Liquor and Sarabjit Singh dba A Quality Food & Liquor (collectively the "A Quality Defendants") only;

WHEREAS, no counterclaim has been filed;

WHEREAS, the A Quality Defendants have not served or filed an answer or motion for summary judgment;

WHEREAS, Plaintiff has been unable to obtain the consent of Defendants Madanat Investments, LLC, a California limited liability company; Miguel Lopez dba Las Cazuelas Mexican Restaurant; and Cristina Lopez dba Las Cazuelas Mexican Restaurant, the only other parties who have appeared in this action, to dismissal of the A Quality Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

NOW, THEREFORE, Plaintiff hereby respectfully requests that **only the A Quality Defendants** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: July 17, 2014                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

### ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only Defendants Ikwinder Kaur dba A Quality Food & Liquor and Sarabjit Singh dba A Quality Food & Liquor** be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  July 17, 2014                              _____
                                                   SENIOR DISTRICT JUDGE