1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-00652-AWI-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| MADANAT INVESTMENTS, LLC, a California limited liability company, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Madanat Investments, LLC, a California limited liability company; Miguel Lopez dba Las Cazuelas Mexican Restaurant; and Cristina Lopez dba Las Cazuelas Mexican Restaurant, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 8, 2014                MOORE LAW FIRM, P.C.


                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Ronald Moore

                                       /s/ Bruce A. Neilson
                                       Bruce A. Neilson
                                       Attorneys for Defendant
                                       Madanat Investments, LLC

                                       LITTLER MENDELSON, P.C.


                                       /s/ Monica Ahuja
                                       Todd K. Boyer
                                       Monica Ahuja
                                       Attorneys for Defendants
                                       Miguel Lopez dba Las Cazuelas Mexican
                                       Restaurant; Cristina Lopez dba Las Cazuelas
                                       Mexican Restaurant

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   September 8, 2014                  _____
                                            SENIOR DISTRICT JUDGE